NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JESSE JAMES ABBOTT, *Petitioner*.

No. 1 CA-CR 19-0164 PRPC
FILED 10-31-2019

Petition for Review from the Superior Court in Mohave County
No. S8015CR201501152
The Honorable Richard D. Lambert, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Mohave County Attorney's Office, Kingman
By Matthew J. Smith
*Counsel for Respondent*

The Stavris Law Firm, P.L.L.C., Scottsdale
By Alison Stavris
*Counsel for Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones, Judge James B. Morse Jr., and Judge Diane M. Johnsen delivered the decision of the Court.

---

**P E R   C U R I A M**:

**¶1** Jesse Abbott seeks review of the superior court's order dismissing his petition for post-conviction relief (PCR), filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is the petitioner's first PCR petition.

**¶2** Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion in denying the petition. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that the petitioner has not shown any abuse of discretion.

**¶4** Accordingly, we grant review and deny relief.

